Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Darnell Forest appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action. After reviewing the record de novo, and viewing the record in the light most favorable to Forest, *see Woods v. Daimler-Chrysler Corp.*, 409 F.3d 984, 990 (8th Cir.2005) (summary judgment standard of review); *Koch Eng'g Co. v. Gibralter Cas. Co.*, 78 F.3d 1291, 1294 (8th Cir.1996) (standard of review for determination of state law), we conclude summary judgment was proper for the reasons stated in the district court's thorough opinion. We affirm. *See* 8th Cir. R. 47B.

**Darnell FOREST, Appellant,**

v.

**BARNES JEWISH HOSPITAL; Patrick Barnes; Mary Arnold; Genelda Cornelison, Appellees.**

No. 09–1874.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2010.

Filed: Feb. 4, 2010.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.